# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV1599 SNLJ |
| | ) | |
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's request for leave to proceed in forma pauperis and motion for extension of time.

Plaintiff has not filed a formal motion for leave to proceed in forma pauperis. He has, however, submitted a copy of his prison account statement, which shows that he qualifies for pauper status. Because he is a prisoner, plaintiff must pay a partial initial filing fee of $1.00, which is twenty percent of his average monthly deposit. *See* 28 U.S.C. § 1915(b).

In his motion for extension of time, plaintiff requests an additional ninety days to file an amended complaint. He also seeks discovery from an alleged witness. The Court will grant the motion in part and deny it in part. The Court will give plaintiff an additional forty-five days to file his amended complaint. And the Court denies his request for discovery. The Court has not yet authorized discovery in this action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff is granted in forma pauperis status.

**IT IS FURTHER ORDERED** that the plaintiff must pay an initial filing fee of $1.00 no later than **December 16, 2015**. Plaintiff is instructed to make his remittance payable to "Clerk,

United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that plaintiff's motion for extension of time is **GRANTED** in part and **DENIED** in part. Plaintiff must file his amended complaint no later than **January 5, 2016**. In all other respects, the motion is **denied**.

Dated this 18<u>th</u> day of November, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE