UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CRAIG HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15CV1599 SNLJ |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff has failed to comply with the Court's Order dated November 18, 2015, in which the Court directed him to pay an initial partial filing fee of $1.00 no later than December 16, 2015. As a result, the Court will order plaintiff to show cause why this action should not be dismissed for failure to prosecute.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must show cause, no later than fourteen (14) days from the date of this Order, why this action should not be dismissed for failure to prosecute.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 6th day of January, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE