# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG HILL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:15CV1599 SNLJ |
| STATE OF MISSOURI, et al., | ) ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for reconsideration. The motion is denied.

Plaintiff alleges that defendants violated the prison's policies by failing to provide him with a thirty-day supply of his psychotropic medication when he was released to the community. Plaintiff has attached a copy of the policy, which states, "All offenders on psychotropic medicine shall receive a 30 day supply of discharge medication in childproof containers at the time of release."

Regardless of the prison's policy, plaintiff has not shown that prison officials or probation officers have a constitutional duty to provide former prisoners with medications. A violation of prison policy is not actionable under § 1983 absent an independent constitutional violation.

Additionally, plaintiff has not alleged that a policy or custom of Corizon led to his injury. He claims it was the failure to follow proper policy that did. As a result, plaintiff's claims against Corizon fail as a matter of law.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [ECF No. 17] is **DENIED**.

Dated this 19th day of February, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE